PROB 12C
(7/93)

Report Date: September 22, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bobby Joe Perez          Case Number: 0980 2:13CR06060-001

Address of Offender: █████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2014

Original Offense:      Theft of Government Money, 18 U.S.C. § 641

Original Sentence:     Probation 60 months          Type of Supervision: Probation

Asst. U.S. Attorney:   Caitlin A. Baunsgard          Date Supervision Commenced: January 13, 2014

Defense Attorney:      Alison K. Guernsey            Date Supervision Expires: January 12, 2019

## PETITIONING THE COURT

**To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/09/2014.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |

**Supporting Evidence**: Bobby Perez is considered in violation of his period of supervised release by traveling to Arizona on or prior to September 22, 2014.

On September 22, 2014, the defendant's mother advised the probation office that the defendant had picked up his son and traveled to Arizona. She stated the defendant had left several days earlier. At this time, the defendant's whereabouts are unknown.

| | |
|---|---|
| 7 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence:** Bobby Perez is considered in violation of his period of supervised release by making false statements to a U.S. Probation Officer on or prior to September 16, 2014.

On September 16, 2014, the defendant reported to the U.S. Probation Office and stated he had been sentenced to serve 15 days work release at the Benton County Jail for a prior

**Prob12C**
**Re: Perez, Bobby Joe**
**September 22, 2014**
**Page 2**

driving with a suspended license conviction. The defendant was directed to report back to the probation office if he did not start the work release as he was on electronic monitoring at the time. The defendant was asked about the 15 days of work release and he confirmed he would be participating. The defendant also added he may have an additional 5 days to serve on another conviction.

On September 22, 2014, the Benton County Jail confirmed the defendant had not served any time on their work release program. The defendant is scheduled to start his work release on December 5, 2014.

8          **Special Condition # 18**: You shall participate in the home confinement program for 180 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from to , as directed by the supervising officer.

**Supporting Evidence**: Bobby Perez is considered in violation of his period of supervised release by failing to participate in electronic monitoring as directed.

As noted above, the defendant reported to the U.S. Probation Office in Richland and advised he needed to complete 15 days of work release at the Benton County Jail. He provided a Judgement from Benton County District Court noting the imposition date as September 16, 2014. The defendant was enrolled in the electronic monitoring program when this occurred. The defendant was removed off of the electronic monitoring system as he was supposed to report to the Benton County Jail.

As noted above, the defendant did not participate in the work release program and he has not reported back to the probation office to have the electronic monitoring re-installed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     09/22/2014

                 s/David L. McCary

                 David L. McCary
                 U.S. Probation Officer

Prob12C
**Re: Perez, Bobby Joe**
**September 22, 2014**
**Page 3**

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other


_____
Signature of Judicial Officer

_____9/23/14_____
Date