PROB 12C
(6/16)

Report Date: July 26, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bobby Joe Perez             Case Number: 0980 2:13CR06060-SMJ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 13, 2014

Original Offense:          Theft of Government Money, 18 U.S.C. § 641

Original Sentence:         TSR - 36 months              Type of Supervision: Supervised Release

Revocation Sentence        Prison Time: 10 months; TSR
Date: 11/17/2014           36 months

Asst. U.S. Attorney:       Thomas J. Hanlon             Date Supervision Commenced: July 20, 2015

Defense Attorney:          Alison K. Guernsey           Date Supervision Expires: July 19, 2018

---

### PETITIONING THE COURT

    **To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

    **Supporting Evidence**: The defendant was directed to report the first Friday of each moth to the Richland probation office. The defendant has failed to report to the probation office since May 13, 2016.

    After missing his scheduled appointment on April 8, 2016, a letter was sent to the defendant directing him to report. The defendant reported on May 13, 2016, and completed a monthly report for the months of April and May.

    After missing his scheduled reporting dates of June 3, and July 8, 2016, a voice mail was left on the defendant's phone on July 15, 2016, directing him to report on July 18, 2016. To date, the defendant has failed to contact the probation office.

| | | |
|---|---|---|
| 2 | | **Payment Condition**: While on probation monetary penalties are payable on a monthly basis of not less than $100 per month or 10% of the defendant's monthly gross income whichever is larger, commencing immediately. |

**Supporting Evidence**: On July 23, 2015, the defendant signed a payment agreement to begin making restitution payments as directed by the Court. The defendant has failed to make a payment since July 2015.

| | | |
|---|---|---|
| 3 | | **Special Condition #20:** You shall complete 100 hours of community service work, at the rate of not less than 2 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than January 13, 2019. |

**Supporting Evidence:** The defendant has failed to complete any community service hours since his release from confinement on July 20, 2015.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 26, 2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

07/28/2016
Date