PROB 12C
(6/16)

Report Date:  August 11, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Bobby Joe Perez                    Case Number: 0980 2:13CR06060-SMJ-1

Address of Offender: ███████████████ Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: January 13, 2014

Original Offense:        Theft of Government Money, 18 U.S.C. § 641

Original Sentence:       Probation 60 months              Type of Supervision: Supervised Release

Revocation              Prison 10 month
Sentence:               TSR 36 months

Asst. U.S. Attorney:    Thomas J. Hanlon               Date Supervision Commenced: July 20, 2015

Defense Attorney:       Alison K. Guernsey             Date Supervision Expires: July 19, 2018

═══════════════════════════════════════════════════════════════════════════════

### PETITIONING THE COURT

   **To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 07/26/2016.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: The defendant was cited on August 4, 2016, for driving with a suspended license in the third degree and operating a vehicle without insurance.

On August 4, 2016, the defendant was contacted by a deputy with the Benton County Sheriffs Department for speeding. Upon contact it was found the defendant's driving privileges were suspended in the third degree. Mr. Perez also did not have any insurance for the vehicle. The deputy determined the defendant had three outstanding Benton County District Court warrants for his arrest. The defendant was cited for the suspended licence under case number 6Z0642453,and no insurance under case number 6Z064252. The defendant was booked in to the Benton County Jail on the outstanding warrants.

**Prob12C**
**Re: Perez, Bobby Joe**
**August 11, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/11/2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

08/11/2017

Date