PROB 12C
(6/16)

Report Date: November 10, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2016

SEAN F. MCAVOY, CLERK

Name of Offender: Bobby Joe Perez                    Case Number: 0980 2:13CR06060-001

Address of Offender:                           Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: January 13, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Theft of Government Money, 18 U.S.C. § 641 | | |
| Original Sentence: | Probation- 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: November 19, 2014 | Prison- 10 months: TSR- 36 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | July 20, 2015 |
| Defense Attorney: | Alison K. Guernsey | Date Supervision Expires: | July 19, 2018 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 07/26/2016 and 08/11/2016.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
| | **Supporting Evidence**: The defendant was directed to report the first Friday of each month to the Richland Probation Office. The defendant failed to report or contact the office in any way on November 4, 2016. |

Prob12C
Re: Perez, Bobby Joe
November 9, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/10/2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

   11/10/2016   
Date