Report Date:  August 17, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Bobby Joe Perez                     Case Number: 0980 2:13CR06060-SMJ-1

Address of Offender:                                  Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: January 13, 2014

| | |
|---|---|
| Original Offense: | Theft of Government Money, 18 U.S.C. § 641 |

| | | |
|---|---|---|
| Original Sentence: | Probation: 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 11/17/2014 | Prison: 10 months; TSR- 36 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: July 20, 2015 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: July 19, 2018 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition:** The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence:** The offender is considered to be in violation of his period of supervised release by committing the offenses of driving with a suspended license in the third degree on or prior to July 28, 2017.

On July 23, 2015, the offender signed his conditions of release noting he understood he could not commit any additional crimes.

On July 28, 2017, the offender was cited for driving with a suspended license in the third degree after a trooper with the Washington State Patrol observed him traveling 70 mph in a 60 mph zone. The offender freely admitted to the trooper that his license was  suspended

and that he did not have  insurance. The offender is currently charged in Benton County District Court under case number 7Z0915926. This is the 19th time the offender has been cited for driving without a license.

2  **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report to the probation office on August 11, 2017, and failing to provide documentation of his community service hours.

On July 23, 2015, the offender signed his conditions of release noting he understood he was to follow the instructions of the probation officer.

On August 1, 2017, the offender reported to the probation office in Richland to discuss the status of his supervision. After discussing his citation for driving without a license, he was asked about his community service hours. The offender stated he had been doing them but had no documentation. The offender was directed to report back on August 11, 2017, to provide documentation regarding his community service hours. The offender subsequently failed to report as directed and failed to supply documentation about his community service hours. He has not contacted the probation office since August 1, 2017.

3  **Special Condition # 20**: You shall complete 100 hours of community service work, at the rate of not less than 2 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than January 13, 2019.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to complete community service hours on a monthly basis.

On July 23, 2015, the offender signed his conditions of release noting he understood he was to complete his community service hours at a rate of not less than 2 hours per month. The offender's last confirmed community service hours were completed on April 29, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/17/2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

_____08/17/2017_____
Date